**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | **25-2281** |
| vs. | : | **2:94-CR-00196-001** |
| | : | |
| MELVIN WILLIAMS | : | |
| | : | |

---

## <u>ORDER</u>

AND NOW, on the date of May _____, 2026, it is hereby ORDERED that the Appellee's Motion to Extend the time for Filing a Petition for Hearing as per FRAP 40 is GRANTED.

_____

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

---

| | | |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | **25-2281** |
| **vs.** | : | **2:94-CR-00196-001** |
| | : | |
| **MELVIN WILLIAMS** | : | |
| | : | |

---

### APPELLEE'S MOTION TO EXTENSION OF TIME TO FILE

Appellee, Melvin Williams, by his attorney Lawrence J. Bozzelli, respectfully requests leave of this Court in requesting a 30 day extension to file his petition for a panel re-hearing and in support represents the following:

1. Melvin Williams was arrested and charged with various crime stemming from a gun fight on Broad street in 1994. Due to changes in the laws for which he was convicted, Williams was afforded a new sentencing hearing by the Hon. Anita Brody. On May 14, 2025, Judge Brody issued an amended judgment in which the appellee was given a new sentence that allowed him to be released from confinement.

2. The Government (appellant) filed a timely notice of appeal on July 9, 2025. The appellant filed their brief on September 5, 2025. The appellee filed his brief on December 5, 2025.

4. On May 14, 2026, the Third Circuit issued its opinion in this case. The decision

was not in favor of the appellee and he wishes to file a Petition for a Panel Rehearing as per FRAP 40.

5.     The active due date is set for May 28, 2026.  There are several reasons that the appellee is requesting additional time.  This includes, but is not limited to the fact that counsel will be out of the office during the upcoming Memorial Day holiday and counsel and appellee need additional time t digest the opinion and file a proper response. The appellee is seeking a 30 day extension from the current due date of May 28, 2026 which would be June 28, 2026.

6.     There is no foreseeable prejudice to any party by filing the appellee's 30 day request. Counsel for the appellee has spoken to AUSA Robert Zauzmer who has no objection to this request to file the brief out of time.

**WHEREFORE,** for all the foregoing reasons, the appellee respectfully requests this Honorable Court to grant the appellee's request to file his brief out of time.

Respectfully submitted,

LAWRENCE J. BOZZELLI
Attorney for Melvin Williams

**CERTIFICATE OF SERVICE**

I, Lawrence J. Bozzelli, , hereby certify that I have filed this same day, via PACER, the Appellant's Motion to Extend the Briefing Schedule served upon Assistant United States Attorney Robert Zauzmer and co-counsel for the appellants on this day.

LAWRENCE J. BOZZELLI
Attorney for Melvin Williams

DATE:  May 21, 2026